JS-6

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

ROBERT MENA, an individual,

Plaintiff,

v.

ALLISGOOD.BU LLC d/b/a DAIRY QUEEN; AP ALISO VIEJO LLC; and DOES 1 to 10,

Defendants.

Case No. 8:25-cv-01048-JWH-ADSx

**JUDGMENT**

  Pursuant to the Scheduling Notice and Order [ECF No. 19] entered on or about October 14, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

  It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** as follows:

  1. This action, including all claims asserted herein, is **DISMISSED**.

  2. To the extent that any party requests any other form of relief, such request is **DENIED**.

  **IT IS SO ORDERED.**

Dated: November 18, 2025

John W. Ho'com'
UNITED STATES DISTRICT JUDGE